[No. 7,100.—Department One.]

April 1, 1882.

## JOHN DURKIN v. E. W. BURR ET AL.

DEED OF TRUST—FORECLOSURE—MORTGAGE—INJUNCTION.—Appeal from an order refusing to enjoin a sale under a deed of trust affirmed on authority of *Grant* v. *Burr*, 54 Cal. 298, and *Bateman* v. *Burr*, 57 id. 480.

APPEAL from an order in Fourth District Court of the City and County of San Francisco.  EVANS, J.

*Mich. Mullany,* for Appellant.

*A. N. Drown,* for Respondents.

The COURT:

On the authority of *Grant* v. *Burr,* 54 Cal. 298, and *Bateman* v. *Burr,* 57 id. 480, the order is affirmed.